■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. WILLIS C. MOORE, Admitted on July 1, 1991, at a Term of the Appellate Division, First Department. [737 NYS2d 267] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No

opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See* 247 AD2d 158.]